■ HAROLD VAN WORMER, Respondent, v JOHN GIOVATTO, Appellant, and HAROLD O. ESMAY, as County Treasurer of Schoharie County, Respondent.—Appeal from a judgment of the Supreme Court in favor of plaintiff, entered October 13, 1976 in Schoharie County, upon a decision of the court at a Trial Term, without a jury. Upon the prior appeal in this proceeding *(Van Wormer v Giovatto,* 42 AD2d 320, app dsmd 34 NY2d 666) the court found that the judgment should be reversed and further considered by the trial court. The legal issues attempted to be raised by the appellant on these proceedings were determined in the prior proceeding and the decision of the trial court is not against the weight of the credible evidence. Judgment affirmed, without costs. Greenblott, J. P., Mahoney, Main, Larkin and Herlihy, JJ., concur.

■ LAWRENCE F. INGRAHAM, Appellant, v NEVADA M. INGRAHAM, Respondent.—Appeal from an order of the Family Court of Broome County, entered July 6, 1976, which granted defendant's application to fix support and counsel fees. The record establishes that at the time the defendant married plaintiff in 1971 she was 60 years of age and at his insistence gave up employment whereby she had been earning about $105 per week. Following the divorce obtained by defendant in 1976, pursuant to a stipulation whereby the plaintiff discontinued his action for divorce, the defendant sought alimony or support. The record establishes that she has the nominal income of about $167 per month and no substantial assets. The plaintiff had a substantially greater income plus considerable cash and property assets. Upon this record the award of $55 per week to the defendant for support is neither an abuse of discretion nor against the weight of the evidence. This marriage only lasted about two years prior to separation; however, at the relative ages of the parties and the consequent surrender by the defendant of employment, the shortness of the marriage does not militate against the award to defendant (cf. *Kover v Kover,* 29 NY2d 408). Order affirmed, with costs. Sweeney, J. P., Kane, Mahoney, Main and Herlihy, JJ., concur.